# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 17-35533
 §
MICHAN E MOORE § 
 §
 §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $101,200.00 | Assets Exempt: | $3,239.71 |
| Total Distributions to Claimants: | $2,183.59 | Claims Discharged Without Payment: | $41,161.88 |
| Total Expenses of Administration: | $816.41 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $136,879.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $816.41 | $816.41 | $816.41 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $3,000.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| General Unsecured Claims (from **Exhibit 7**) | $42,042.23 | $41,482.47 | $41,482.47 | $683.59 |
| **Total Disbursements** | $181,921.23 | $43,798.88 | $43,798.88 | $3,000.00 |

4). This case was originally filed under chapter 7 on 11/29/2017. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2018     By:  /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Recovery of preferential transfer to Debtor's fiancée to pay for loan mod attorney fee | 1241-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHRYSLER Capital | 4110-000 | $29,435.00 | $0.00 | $0.00 | $0.00 |
| | US BANK HOME MORTGAGE | 4110-000 | $107,444.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $136,879.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $55.61 | $55.61 | $55.61 |
| Green Bank | 2600-000 | NA | $10.80 | $10.80 | $10.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $816.41 | $816.41 | $816.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IRS 1 | 5800-000 | $3,000.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,000.00 | $1,500.00 | $1,500.00 | $1,500.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $7,318.00 | $7,318.37 | $7,318.37 | $120.60 |
| 2a | IRS 1 | 7100-000 | $3,000.00 | $2,042.02 | $2,042.02 | $33.65 |
| 3 | Absolute Resolutions Investments, LLC | 7100-900 | $1,516.03 | $1,725.87 | $1,725.87 | $28.44 |
| 4 | Absolute Resolutions Investments, LLC | 7100-900 | $6,781.20 | $7,170.94 | $7,170.94 | $118.17 |
| 5 | American Express National Bank | 7100-900 | $241.00 | $241.38 | $241.38 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 5; American Express National Bank) | 7100-901 | $0.00 | $0.00 | $0.00 | $3.98 |
| 6 | Wells Fargo Bank, N.A. | 7100-900 | $636.00 | $636.80 | $636.80 | $10.49 |
| 7 | American Express National Bank | 7100-900 | $11,488.00 | $11,488.25 | $11,488.25 | $189.31 |
| 8 | State Farm Bank | 7100-900 | $6,087.00 | $6,087.59 | $6,087.59 | $100.32 |
| 9 | Midland Funding, LLC | 7100-900 | $1,562.00 | $1,561.92 | $1,561.92 | $25.74 |
| 10 | Midland Funding, LLC | 7100-900 | $663.00 | $662.55 | $662.55 | $10.92 |
| 11 | Midland Funding, LLC | 7100-900 | $2,387.00 | $2,546.78 | $2,546.78 | $41.97 |
|  | AMEX | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
|  | BK OF AMER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BK OF AMER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BK OF AMER | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | BRCLYSBANK DE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CAP1/BSTBY | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CBNA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CBNA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | CREDIT COLL | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
|  | DISCOVERBANK | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | EASYPAY/DVRA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | GREENPOINT MORTGAGE | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | PENTAGON FEDERAL CR | 7100-000 | $218.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| UN |  |  |  |  |  |  |
|  | SYNCB/CCARE 1 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | SYNCB/LOW | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | SYNCB/MY REPAIR SHOP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $42,042.23 | $41,482.47 | $41,482.47 | $683.59 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-35533 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MOORE, MICHAN E | | Date Filed (f) or Converted (c): | 11/29/2017 (f) |
| For the Period Ending: | 12/13/2018 | | §341(a) Meeting Date: | 01/04/2018 |
| | | | Claims Bar Date: | 08/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1732 W 101st Pl  Chicago Illinois 60643  Cook | $73,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Per Nathan: $150-170k.  Quit-Claimed to Joint Tenancy with Alicia Moore in 2012  Accounting for joint tenant's ownership, this property is not worth liquidating.  There are actually THREE PINS:  25-07-414-037-0000  25-07-414-038-0000  25-07-414-039-0000 | | | | | |
| 2  2015 Jeep Wrangler  45000 miles used 2015 Jeep Wrangler | $28,200.00 | $0.00 | | $0.00 | FA |
| 3  used furniture: sofa, loveseat, tables, chairs, bed, dresser | $400.00 | $0.00 | | $0.00 | FA |
| 4  miscellaneous household electronics: cell phone, television | $75.00 | $0.00 | | $0.00 | FA |
| 5  used clothing and apparel | $300.00 | $0.00 | | $0.00 | FA |
| 6  Chase | $2,065.19 | $0.00 | | $0.00 | FA |
| 7  Citibank | $300.52 | $0.00 | | $0.00 | FA |
| 8  401(k) through employer | $99.00 | $0.00 | | $0.00 | FA |
| 9  Potential RICO claim (statute of limitations may have tolled; also debtor has stopped attempting to pursue) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Civil RICO claims are subject to a four-year statute of limitations (from the time when a plaintiff first knew or should have known of his injury). Based on the complaint, it appears he realized he was injured in or around October, 2012, in which case, SoL has tolled. | | | | | |
| 10  Recovery of preferential transfer to Debtor's fiancée to pay for loan mod attorney fee  (u) | $0.00 | $3,500.00 | | $3,000.00 | FA |
| **Asset Notes:** Settled for $3,000 (single payment) | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                 **Gross Value of Remaining Assets**

| | $104,439.71 | $3,500.00 | | $3,000.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| **Case No.:** | 17-35533 | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | MOORE, MICHAN E | | **Date Filed (f) or Converted (c):** | 11/29/2017 (f) |
| **For the Period Ending:** | 12/13/2018 | | **§341(a) Meeting Date:** | 01/04/2018 |
| | | | **Claims Bar Date:** | 08/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

05/23/2018   2018 Reporting Period:

The trustee pursued a preferential transfer from the Debtor to his fiancée in the amount of $3,500.00, settling for a single payment of $3,000.00.

The claims bar date is 8/20/2018, after which, the case will be ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 05/10/2019 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35533 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MOORE, MICHAN E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3407 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/29/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2018 | (10) | MOORE, MICHAN E | Recovery of preferential transfer to Debtor's fiancée to pay for loan mod attorney fee (1 of 3) | 1241-000 | $1,000.00 | | $1,000.00 |
| 05/23/2018 | (10) | MOORE, MICHAN E | Recovery of preferential transfer to Debtor's fiancée to pay for loan mod attorney fee (2 of 3) | 1241-000 | $1,000.00 | | $2,000.00 |
| 05/23/2018 | (10) | MOORE, MICHAN E | Recovery of preferential transfer to Debtor's fiancée to pay for loan mod attorney fee (3 of 3) | 1241-000 | $1,000.00 | | $3,000.00 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $2,998.70 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.83 | $2,993.87 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $4.67 | $2,989.20 |
| 10/18/2018 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $2,239.20 |
| 10/18/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $55.61 | $2,183.59 |
| 10/18/2018 | 3003 | Discover Bank | Claim #: 1; Amount Claimed: $7,318.37; Distribution Dividend: 1.65%; | 7100-900 | | $120.60 | $2,062.99 |
| 10/18/2018 | 3004 | Internal Revenue Service | Claim #: 2; Amount Claimed: $1,500.00; Distribution Dividend: 100.00%; | 5800-000 | | $1,500.00 | $562.99 |
| 10/18/2018 | 3005 | Internal Revenue Service | Claim #: 2; Amount Claimed: $2,042.02; Distribution Dividend: 1.65%; | 7100-000 | | $33.65 | $529.34 |
| 10/18/2018 | 3006 | Absolute Resolutions Investments, LLC | Claim #: 3; Amount Claimed: $1,725.87; Distribution Dividend: 1.65%; | 7100-900 | | $28.44 | $500.90 |
| 10/18/2018 | 3007 | Absolute Resolutions Investments, LLC | Claim #: 4; Amount Claimed: $7,170.94; Distribution Dividend: 1.65%; | 7100-900 | | $118.17 | $382.73 |
| 10/18/2018 | 3008 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.98 | $378.75 |
| | | | Claim Amount  $(3.98) | 7100-901 | | | $378.75 |
| 10/18/2018 | 3009 | Wells Fargo Bank, N.A. | Claim #: 6; Amount Claimed: $636.80; Distribution Dividend: 1.65%; | 7100-900 | | $10.49 | $368.26 |
| 10/18/2018 | 3010 | American Express National Bank | Claim #: 7; Amount Claimed: $11,488.25; Distribution Dividend: 1.65%; | 7100-900 | | $189.31 | $178.95 |
| 10/18/2018 | 3011 | State Farm Bank | Claim #: 8; Amount Claimed: $6,087.59; Distribution Dividend: 1.65%; | 7100-900 | | $100.32 | $78.63 |

| | | | | **SUBTOTALS** | $3,000.00 | $2,921.37 | |

FORM 2 Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35533 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MOORE, MICHAN E | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3407 | | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/29/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2018 | 3012 | Midland Funding, LLC | Claim #: 9; Amount Claimed: $1,561.92; Distribution Dividend: 1.65%; | 7100-900 | | $25.74 | $52.89 |
| 10/18/2018 | 3013 | Midland Funding, LLC | Claim #: 10; Amount Claimed: $662.55; Distribution Dividend: 1.65%; | 7100-900 | | $10.92 | $41.97 |
| 10/18/2018 | 3014 | Midland Funding, LLC | Claim #: 11; Amount Claimed: $2,546.78; Distribution Dividend: 1.65%; | 7100-900 | | $41.97 | $0.00 |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $3,000.00 | $3,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,000.00 | $3,000.00 | |

| For the period of 11/29/2017 to 12/13/2018 | | For the entire history of the account between 05/23/2018 to 12/13/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,000.00 | Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 | Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,000.00 | Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 | Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3   Exhibit 9

| Case No. | 17-35533 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MOORE, MICHAN E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3407 | Checking Acct #: | ******3301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/29/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 11/29/2017 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/29/2017 to 12/13/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ